J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Lillian Giang, an individual and d/b/a
Amazon.com Seller lillianstore
133 East Palm Drive
Margate, Florida  33063
Telephone:  (954) 977-4711

Defendant, *in pro se*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> Lillian Giang, an individual and d/b/a as Amazon.com Seller lillianstore; and Does 1-10, inclusive, <br><br> Defendants. | Case No. CV12-9150 GAF (JCx) <br><br> CONSENT DECREE AND PERMANENT  INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Lillian Giang, an individual and d/b/a as Amazon.com Seller lillianstore ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, her successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and her agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

     b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

     c)     Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)     Each side shall bear its own fees and costs of suit.

6)     Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)     This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)     The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)     The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)     The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)     This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:  May 13, 2013

_____
Hon. Gary A. Feess
United States District Judge

**JS-6**

# EXHIBIT A

## COPYRIGHT REGISTRATIONS

| REGISTRATION NO. | TITLE | COPYRIGHT CLAIMANT |
|---|---|---|
| PA 1-306-224 | Alexander | IMF Internationale Medien und film GmbH & Co. 3 Produktions, KG |
| PA 1-195-970 | The Last Samurai | Warner Brothers Entertainment, Inc. ("WBEI") |
| PA 1-188-656 | The Matrix Revolutions | WV Films III, LLC |
| PA 1-240-293 | ENTOURAGE: Pilot | Home Box Office, Inc. ("HBO") |
| PA 1-240-302 | ENTOURAGE: The Review | HBO |
| PA 1-239-616 | ENTOURAGE: Talk Show | HBO |
| PA 1-239-614 | ENTOURAGE: Date Night | HBO |
| PA 1-239-615 | ENTOURAGE: The Script And The Sherpa | HBO |
| PA 1-239-617 | ENTOURAGE: Busey And The Beach | HBO |
| PA 1-239-618 | ENTOURAGE: The Scene | HBO |
| PA 1-246-506 | ENTOURAGE: New York | HBO |
| PA 1-280-550 | ENTOURAGE: The System | HBO |
| PA 1-275-228 | ENTOURAGE: The New Car | HBO |
| PA 1-283-280 | ENTOURAGE: Aquamansion | HBO |
| PA 1-283-279 | ENTOURAGE: The Offer | HBO |
| PA 1-218-704 | ENTOURAGE: Neighbors | HBO |
| PA 1-291-312 | ENTOURAGE: Chinatown | HBO |
| PA 1-280-655 | ENTOURAGE: The Sundance Kids | HBO |
| PA 1-280-656 | ENTOURAGE: Oh Mandy | HBO |
| PA 1-280-657 | ENTOURAGE: I Love You Too | HBO |
| PA 1-280-658 | ENTOURAGE: The Bat Mitzvah | HBO |
| PA 1-280-659 | ENTOURAGE: Blue Balls Lagoon | HBO |
| PA 1-280-660 | ENTOURAGE: Good Morning Saigon | HBO |
| PA 1-304-698 | ENTOURAGE: Exodus | HBO |
| PA 1-304-703 | ENTOURAGE: The Abyss | HBO |

| | | |
|---|---|---|
| PA 1-335-588 | ENTOURAGE: Aquamom | HBO |
| PA 1-324-965 | ENTOURAGE: One Day In The Valley | HBO |
| PA 1-324-966 | ENTOURAGE: Dominated | HBO |
| PA 1-324-967 | ENTOURAGE: Guys And Dolls | HBO |
| PA 1-324-968 | ENTOURAGE: Crash And Burn | HBO |
| PA 1-342-217 | ENTOURAGE: Three's Company | HBO |
| PA 1-335-640 | ENTOURAGE: Strange Days | HBO |
| PA 1-335-591 | ENTOURAGE: The Release | HBO |
| PA 1-335-586 | ENTOURAGE: Vegas Baby, Vega! | HBO |
| PA 1-335-589 | ENTOURAGE: I Wanna Be Sedated | HBO |
| PA 1-335-587 | ENTOURAGE: What About Bob | HBO |
| PA 1-353-971 | ENTOURAGE: Sorry, Ari | HBO |
| PA 1-374-951 | ENTOURAGE: Less Than 30 | HBO |
| PA 1-374-952 | ENTOURAGE: Dog Day Afternoon | HBO |
| PA 1-374-953 | ENTOURAGE: Manic Monday | HBO |
| PA 1-374-954 | ENTOURAGE: Gotcha! | HBO |
| PA 1-374-955 | ENTOURAGE: Return Of The King | HBO |
| PA 1-374-956 | ENTOURAGE: The Resurrection | HBO |
| PA 1-379-031 | ENTOURAGE: The Prince's Bribe | HBO |
| PA 1-386-711 | ENTOURAGE: Adios Amigo | HBO |
| PA 1-386-709 | ENTOURAGE: Welcome To The Jungle | HBO |
| PA 1-386-797 | ENTOURAGE: The First Cut Is The Deepest | HBO |
| PA 1-386-798 | ENTOURAGE: Malibooty | HBO |
| PA 1-386-799 | ENTOURAGE: Sorry, Harvey | HBO |
| PA 1-386-804 | ENTOURAGE: The Dream Team | HBO |
| PA 1-386-796 | ENTOURAGE: The Weho Ho | HBO |
| PA 1-589-422 | ENTOURAGE: The Day Fu*kers | HBO |
| PA 1-589-434 | ENTOURAGE: Gary's Desk | HBO |
| PA 1-589-433 | ENTOURAGE: The Young And The Stoned | HBO |
| PA 1-593-012 | ENTOURAGE: Snow Job | HBO |
| PA 1-593-014 | ENTOURAGE: No Cannes Do | HBO |
| PA 1-593-064 | ENTOURAGE: The Cannes Kids | HBO |
| PA 1-654-413 | ENTOURAGE: Fantasy Island | HBO |

| | | |
|---|---|---|
| PA 1-654-416 | ENTOURAGE: Unlike A Virgin | HBO |
| PA 1-654-419 | ENTOURAGE: The All Out Fall Out | HBO |
| PA 1-654-421 | ENTOURAGE: Fire Sale | HBO |
| PA 1-654-422 | ENTOURAGE: Tree Trippers | HBO |
| PA 1-654-423 | ENTOURAGE: Redomption | HBO |
| PA 1-654-407 | ENTOURAGE: Gotta Look Up To Get Down | HBO |
| PA 1-654-411 | ENTOURAGE: First Class jerk | HBO |
| PA 1-661-871 | ENTOURAGE: Pie | HBO |
| PA 1-661-870 | ENTOURAGE: Seth Green Day | HBO |
| PA 1-663-847 | ENTOURAGE: Play'n With Fire | HBO |
| PA 1-654-410 | ENTOURAGE: Return To Queens Blvd. | HBO |
| PA 1-666-629 | ENTOURAGE: Drive | HBO |
| PA 1-666-634 | ENTOURAGE: Amongst Friends | HBO |
| PA 1-666-631 | ENTOURAGE: One Car, Two Car, Red Car, Blue Car | HBO |
| PA 1-666-613 | ENTOURAGE: Runnin' On E | HBO |
| PA 1-666-625 | ENTOURAGE: Fore! | HBO |
| PA 1-666-618 | ENTOURAGE: Murphy's Lie | HBO |
| PA 1-666-620 | ENTOURAGE: No More Drama | HBO |
| PA 1-666-622 | ENTOURAGE: The Sorkin Notes | HBO |
| PA 1-666-616 | ENTOURAGE: Security Brief's | HBO |
| PA 1-666-626 | ENTOURAGE: Berried Alive | HBO |
| PA 1-666-682 | ENTOURAGE: Scared Straight | HBO |
| PA 1-667-568 | ENTOURAGE: Give A Little Bit | HBO |
| PA 1-204-602 | FINAL DESTINATION | New Line Productions, Inc. ("NLPI") |
| PA 1-119-133 | FINAL DESTINATION TWO | NLPI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-085-787 | THE WIRE: The Target | HBO |
| PA 1-085-788 | THE WIRE: The Detail | HBO |

Warner Bros. v. Giang:  Consent Decree          - 7 -

| | | |
|---|---|---|
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |
| PA 1-085-793 | THE WIRE: The Hunt | HBO |
| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
| PA 1-097-171 | THE WIRE: Sentencing | HBO |
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| PAu 2-811-064 | THE WIRE: Hard Cases | HBO |
| PAu 2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |
| PA 1-188-186 | THE WIRE: Backwash | HBO |
| PAu 2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |

| | | |
|---|---|---|
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |
| PA 1-612-161 | TWO AND A HALF MEN: Pilot | WBEI |
| PA 1-612-148 | TWO AND A HALF MEN: Alan Harper, Frontier Chiropractor | WBEI |
| PA 1-612-137 | TWO AND A HALF MEN: Ate The Hamburgers, Wearing The Hat | WBEI |
| PA 1-612-145 | TWO AND A HALF MEN: Big Flappy Bastards | WBEI |
| PA 1-612-157 | TWO AND A HALF MEN: Camel Filters And Pheremones | WBEI |
| PA 1-612-151 | TWO AND A HALF MEN: Can You Feel My Finger? | WBEI |
| PA 1-612-130 | TWO AND A HALF MEN: Did You Check With The Captain Of The Flying Monkeys? | WBEI |

| | | |
|---|---|---|
| PA 1-612-125 | TWO AND A HALF MEN: Go East On Sunset Until You Reach The Gates Of Hell | WBEI |
| PA 1-612-127 | TWO AND A HALF MEN: Hey, I Can Pee Outside In The Dark | WBEI |
| PA 1-612-150 | TWO AND A HALF MEN: I Can't Afford Hyenas | WBEI |
| PA 1-612-147 | TWO AND A HALF MEN: If I Can't Write My Chocolate Song, I'm Going To Take A Nap | WBEI |
| PA 1-612-133 | TWO AND A HALF MEN: If They Do Go Either Way They're Usually Fake | WBEI |
| PA 1-612-158 | TWO AND A HALF MEN: I Remember The Coat Room, I Just Don't Remember You | WBEI |
| PA 1-612-160 | TWO AND A HALF MEN: Just Like Buffalo | WBEI |
| PA 1-612-131 | TWO AND A HALF MEN: Last Thing You Want Is To Wind Up With A Hump | WBEI |
| PA 1-612-126 | TWO AND A HALF MEN: Merry Thanksgiving | WBEI |
| PA 1-612-138 | TWO AND A HALF MEN: My Doctor Has A Cow Puppet | WBEI |
| PA 1-612-144 | TWO AND A HALF MEN: No Sniffing, No Wowing | WBEI |
| PA 1-612-143 | TWO AND A HALF MEN: An Old Flame With A New Wick | WBEI |
| PA 1-612-123 | TWO AND A HALF MEN: Phase One, Complete | WBEI |
| Pa 1-612-153 | TWO AND A HALF MEN: Round One To The Hot Crazy Chick | WBEI |
| PA 1-612-149 | Two And A Half Men: Sarah Like Puny Alan | WBEI |
| PA 1-612-134 | TWO AND A HALF MEN: That Was Saliva, Alan | WBEI |

| | | |
|---|---|---|
| PA 1-612-124 | TWO AND A HALF MEN: Twenty-Five Little Pre-Pubers Without A Snoot-Full | WBEI |
| PA 1-742-437 | TWO AND A HALF MEN: Back Off Mary Poppins | WBEI |
| PA 1-742-529 | TWO AND A HALF MEN: Enjoy those Garlic Balls | WBEI |
| PA 1-742-389 | TWO AND A HALF MEN: A Bag Full of Jawea | WBEI |
| PA 1-742-557 | TWO AND A HALF MEN: Bad News from the Clinic | WBEI |
| PA 1-742-571 | TWO AND A HALF MEN: The Price of Healthy Gums is Eternal Vigilance | WBEI |
| PA 1-742-468 | TWO AND A HALF MEN: A Kosher Slaughterhouse Out in Fontana | WBEI |
| PA 1-742-411 | TWO AND A HALF MEN: Frankenstein and the Horny Villagers | WBEI |
| PA 1-742-548 | TWO AND A HALF MEN: Yes, Monsignor | WBEI |
| PA 1-742-509 | TWO AND A HALF MEN: The Salmon Under My Sweater | WBEI |
| PA 1-742-592 | TWO AND A HALF MEN: Last Chance to See Those Tattoos | WBEI |
| PA 1-742-587 | TWO AND A HALF MEN: A Lung Full of Alan | WBEI |
| PA 1-742-579 | TWO AND A HALF MEN: Zejdz z Zmoich Wlosow (Get Off My Hair) | WBEI |
| PA 1-742-487 | TWO AND A HALF MEN: Those Big Pink Things with Coconut | WBEI |
| PA 1-742-456 | TWO AND A HALF MEN: Smell the Umbrella Stand | WBEI |
| PA 1-742-554 | TWO AND A HALF MEN: Woo-Hoo, a Hernia-Exam! | WBEI |
| PA 1-742-460 | TWO AND A HALF MEN: It was Mame, Mom | WBEI |
| PA 1-742-433 | TWO AND A HALF MEN: A Low, Guttural Tongue-Flapping Noise | WBEI |

| | | |
|---|---|---|
| PA 1-742-526 | TWO AND A HALF MEN: I Always Wanted to Shave a Monkey | WBEI |
| PA 1-742-575 | TWO AND A HALF MEN: A Sympathetic Crotch to Cry On | WBEI |
| PA 1-742-408 | TWO AND A HALF MEN: Squab, Squab, Squab, Squab, Squab | WBEI |
| PA 1-742-450 | TWO AND A HALF MEN: Does this Smell Funny to You? | WBEI |
| PA 1-621-844 | TWO AND A HALF MEN: Weekend in Bangkok with Two Olympic Gymnasts | WBEI |
| PA 1-621-843 | TWO AND A HALF MEN: Principal Gallagher's Lesbian Lover | WBEI |
| PA 1-621-852 | TWO AND A HALF MEN: Carpet Burns and a Bite Mark | WBEI |
| PA 1-621-847 | TWO AND A HALF MEN: Your Dismissive Attitude Toward Boobs | WBEI |
| PA 1-621-846 | TWO AND A HALF MEN: We Called It Mr. Pinky | WBEI |
| PA 1-621-853 | TWO AND A HALF MEN: Hi, Mr. Horned One | WBEI |
| PA 1-621-850 | TWO AND A HALF MEN: Sleep Tight, Puddin' Pop | WBEI |
| PA 1-621-855 | TWO AND A HALF MEN: That Voodoo That I Do Do | WBEI |
| PA 1-621-845 | TWO AND A HALF MEN: Madame and Her Special Friend | WBEI |
| PA 1-621-848 | TWO AND A HALF MEN: Something Salted and Twisted | WBEI |
| PA 1-621-851 | TWO AND A HALF MEN: Santa's Village of the Damned | WBEI |
| PA 1-621-800 | TWO AND A HALF MEN: That Special Tug | WBEI |
| PA 1-621-792 | TWO AND A HALF MEN: Humiliation is a Visual Medium | WBEI |
| PA 1-621-795 | TWO AND A HALF MEN: Love Isn't Blind, It's Retarded | WBEI |

| | | |
|---|---|---|
| PA 1-621-804 | TWO AND A HALF MEN: My Tongue is Meat | WBEI |
| PA 1-622-018 | TWO AND A HALF MEN: Ergo, the Booty Call | WBEI |
| PA 1-621-813 | TWO AND A HALF MEN: The Unfortunate Little Schnauzer | WBEI |
| PA 1-621-809 | TWO AND A HALF MEN: The Spit-Covered Cobbler | WBEI |
| PA 1-621-811 | TWO AND A HALF MEN: Golly Moses, She's a Muffin | WBEI |
| PA 1-621-790 | TWO AND A HALF MEN: Always a Bridesmaid, Never a Burro | WBEI |
| PA 1-621-789 | TWO AND A HALF MEN: And the Plot Moistens | WBEI |
| PA 1-621-806 | TWO AND A HALF MEN: Just Once with Aunt Sophie | WBEI |
| PA 1-621-854 | TWO AND A HALF MEN: Arguments for the Quickie | WBEI |
| PA 1-621-807 | TWO AND A HALF MEN: The Pistol-Packin' Hermaphrodite | WBEI |
| PA 1-749-395 | TWO AND A HALF MEN: Working for Caligula | WBEI |
| PA 1-749-389 | TWO AND A HALF MEN: Who's Vod Kanuckers | WBEI |
| PA 1-749-384 | TWO AND A HALF MEN: The Sea is a Harsh Mistress | WBEI |
| PA 1-749-390 | TWO AND A HALF MEN: A Pot Smoking Monkey | WBEI |
| PA 1-749-391 | TWO AND A HALF MEN: A Live Woman of Proven Fertility | WBEI |
| PA 1-749-392 | TWO AND A HALF MEN: Apologies for the Frivolity | WBEI |
| PA 1-749-374 | TWO AND A HALF MEN: Repeated Blows to His Unformed Head | WBEI |
| PA 1-749-375 | TWO AND A HALF MEN: Release the Dogs | WBEI |

| | | |
|---|---|---|
| PA 1-749-383 | TWO AND A HALF MEN: Corey's Been Dead for an Hour | WBEI |
| PA 1-749-379 | TWO AND A HALF MEN: Kissing Abraham Lincoln | WBEI |
| PA 1-749-380 | TWO AND A HALF MEN: Walnuts and Demerol | WBEI |
| PA 1-749-382 | TWO AND A HALF MEN: Castrating Sheep in Montana | WBEI |
| PA 1-749-377 | TWO AND A HALF MEN: Don't Worry, Speed Racer | WBEI |
| PA 1-749-396 | TWO AND A HALF MEN: That's Summer Sausage, Not Salami | WBEI |
| PA 1-749-376 | TWO AND A HALF MEN: My Damn Stalker | WBEI |
| PA 1-749-398 | TWO AND A HALF MEN: Young People Have Phlegm Too | WBEI |
| PA 1-749-385 | TWO AND A HALF MEN: I Merely Slept with a Commie | WBEI |
| PA 1-749-386 | TWO AND A HALF MEN: It Never Rains in Hooterville | WBEI |
| PA 1-749-387 | TWO AND A HALF MEN: Smooth as a Ken Doll | WBEI |
| PA 1-749-388 | TWO AND A HALF MEN: Aunt Myra Doesn't Pee a Lot | WBEI |
| PA 1-749-373 | TWO AND A HALF MEN: Tucked, Taped and Gorgeous | WBEI |
| PA 1-749-372 | TWO AND A HALF MEN: Mr. McGlue's Feedbag | WBEI |
| PA 1-749-371 | TWO AND A HALF MEN: Anteaters. They're Just Crazy Lookin' | WBEI |
| PA 1-749-378 | TWO AND A HALF MEN: Prostitutes and Gelato | WBEI |
| PA 1-611-529 | TWO AND A HALF MEN: Waiting for the Right Snapper | WBEI |
| PA 1-758-424 | TWO AND A HALF MEN: Taterhead is Our Love Child | WBEI |

| | | |
|---|---|---|
| PA 1-758-628 | TWO AND A HALF MEN: Pie Hole, Herb | WBEI |
| PA 1-758-655 | TWO AND A HALF MEN: Damn You, Eggs Benedict | WBEI |
| PA 1-758-641 | TWO AND A HALF MEN: The Flavin' and the Mavin' | WBEI |
| PA 1-758-322 | TWO AND A HALF MEN: A Jock Strap in Hell | WBEI |
| PA 1-758-666 | TWO AND A HALF MEN: It's Always Nazi Week | WBEI |
| PA 1-758-368 | TWO AND A HALF MEN: Best H.O. Money Can Buy | WBEI |
| PA 1-758-617 | TWO AND A HALF MEN: Pinocchio's Mouth | WBEI |
| PA 1-758-470 | TWO AND A HALF MEN: The Mooch at the Boo | WBEI |
| PA 1-758-504 | TWO AND A HALF MEN: He Smelled the Ham, He Got Excited | WBEI |
| PA 1-758-610 | TWO AND A HALF MEN: The Devil's Lube | WBEI |
| PA 1-758-344 | TWO AND A HALF MEN: Thank God for Scoliosis | WBEI |
| PA 1-758-598 | TWO AND A HALF MEN: I Think You Offended Don | WBEI |
| PA 1-758-316 | TWO AND A HALF MEN: David Copperfield Slipped Me a Roofie | WBEI |
| PA 1-758-318 | TWO AND A HALF MEN: I'd Like to Start with the Cat | WBEI |
| PA 1-758-342 | TWO AND A HALF MEN: She'll Still Be Dead at Halftime | WBEI |
| PA 1-758-654 | TWO AND A HALF MEN: The 'Ocu' or the 'Pado'? | WBEI |
| PA 1-758-314 | TWO AND A HALF MEN: My Son's Enormous Head | WBEI |
| PA 1-758-321 | TWO AND A HALF MEN: The Two Finger Rule | WBEI |

| | | |
|---|---|---|
| PA 1-758-352 | TWO AND A HALF MEN: Hello, I am Alan Cousteau | WBEI |
| PA 1-758-325 | TWO AND A HALF MEN: Above Exalted Cyclops | WBEI |
| PA 1-758-323 | TWO AND A HALF MEN: Sir Lancelot's Litter Box | WBEI |
| PA 1-758-317 | TWO AND A HALF MEN: Good Morning, Mrs. Butterworth | WBEI |
| PA 1-758-668 | TWO AND A HALF MEN: Baseball was Better with Steroids | WBEI |